# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-cr-00090-9 |
| | ) | Judge Trauger |
| WILTON BAILEY | ) | |

## ORDER

The Motion to Withdraw as Counsel, to Continue the Sentencing Hearing, and Extend Related Deadlines, and to Appoint New Counsel (Docket No. 1421) is GRANTED. Defense counsel is hereby allowed to WITHDRAW from representation of this defendant and the Federal Public Defender is requested to appoint new counsel for this defendant.

It is further ORDERED that the sentencing scheduled for March 20, 2017 is RESET for May 25, 2017 at 3:30 p.m.

It is so **ORDERED**.

ENTER this 15th day of March 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1